IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA, *ex rel.*
SIDESOLVE, LLC,

               Plaintiff,

      v.

Warren Equity Partners Manager, L.P.; WEP
SSP Continuation GP, L.P.; Warren Equity Partners,
LLC; WEP Management, LLC; Warren Equity Partners
GP II, L.P.; Warren Equity Partners Fund II, L.P.;
Warren Equity Partners Fund II-A, L.P.; WEP
Hydromax Investment II, LLC; WEP Hydromax
Investment LLC; WEP II SIMCO Co-Investment, L.P.;
WEP II-A SIMCO Co-Investment, L.P.; WEP IPC
Investment, LLC; WEP Second Nature Investment II,
LLC; WEP Second Nature Investment, LLC; WEP SSP
Continuation L.P.; WEP SSP Continuation-A, L.P.;
WEP II Solid Waste Co-Investment, L.P.; WEP II-A
Solid Waste Co-Investment, L.P.; WEP SSP Investment
LLC; Warren Equity Partners GP II, LLC; Warren
Equity Partners Management, LLC; Warren Equity
Partners Services LLC; Meridian Waste Acquisitions,
LLC; Hydromax USA, LLC; IPC Lydon, LLC; Superior
Industrial Maintenance Company, LLC; Ace
Environmental Holdings, LLC; and SSP Innovations,
LLC; Hydromax Plumbing, LLC,

               Defendants.
_____

25-CV-00759-LJV
**UNDER SEAL**

**ORDER**

    The United States, having declined to intervene in this action pursuant to the False

Claims Act, 31 U.S.C. § 3730 (b)(4), the Court rules as follows:

    **IT IS ORDERED** that,

    1.    The Complaint ~~be~~ *is* unsealed immediately and *shall be* served upon the defendants by

the relator or dismissed;

    2.    ~~That the Court unseal~~ this Order and the government Notice of Election to

Decline Intervention, which the relator will serve upon the defendant only after the service of the Complaint;

3. That United States' motions to extend time to consider intervention, along with supporting memoranda of law shall be sealed and/or remain sealed;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings, motion papers and discovery filed or promulgated in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order and secure without further order of the Court any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. All Orders of this Court shall be sent to the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will secure the written consent of the United States before ruling or granting its approval.

**SO ORDERED.**

This _26th_ day of _June_, 2026

_____
HON. LAWRENCE J. VILARDO
United States District Judge